EXHIBIT M

# IBEW Local 503.3 and GenOn Ground Rules
# Contract Negotiations 2013

**1. Teams:**

- Scott Jenson (President) Brian McPartland (Business Agent) Ken Titland (Vice President).

- Labor: (3 members) Rob Decker (Chairman), Mike Hlavac (Vice Chairman) Pat Greaven (Recording Secretary).

- Management: Bill Metzger, Chris Buermeyer.

**2. Timing**

- Meeting times will be arranged on an as needed basis by consensus. Meetings will be a minimum of 1 hour. Unless mutually agreed upon by consensus.

   Goal for completion of negotiations: April, 2013

   The goal for ratification: Prior to expiration on Apri130, 2013.

**3. Non-member attendees**

   Experts/resource people - Will be invited as mutually agreed upon in advance of the invitation.

**4. Communication**

   Communication to constituents (negotiation updates) will be at the discretion of the Negotiating teams. Specific issues, interests or other discussions will not be attributed to specific team members.

**5. Caucus**

- Caucuses will be allowed, but will be kept to a minimum. Each party has the right to call for a caucus or a break. If the caucus or break will take longer than 30 minutes, the other team will be given a best estimate of time needed. Upon return, teams are not required to disclose the subject or specifics of the caucus.

**6. Information Processing**

- Note taking for Local 503.3 will be Pat Greaven.

### 7. Bargaining Information
- Agreement to full and open information sharing as needed to resolve issues.
- In connection with future labor negotiations, the Company is willing to pay for four (4) Company employees.  This payment does not apply to full time paid Union Officials.

### 8. Contract Language
- Contract language will be written at the time a consensus solution is reached when possible. If necessary to do away from the process, the writing assignment will be done immediately after consensus by one member from each team, and then reviewed for consensus by the entire committee when completed.

  Contract language will be made available to constituents after consensus, with final approval at next meeting.

  Current contract language that is unchanged continues unchanged in new contract, unless it has a sunset clause.

### 9. Items for Discussion
- Initially, the entire Collective Bargaining Agreement is open for negotiation.

- ### 10. Ground Rule Changes
    - Any changes in the ground rules must be made by consensus.

### 11. Miscellaneous Process
  - When there is a failure to reach agreement after reasonable length of time, agreement will be reached on disposition (see below) of issue prior to moving on to the next issue.

    Dispositions: (end process with issue)
    1. Issue will be tied to a related issue.
    2. Postpone issue until a specific juncture.
    3. Issue set aside until last.
    4. Withdrawal of issue, remain with current contract language.
- No personal attacks.
- There will be one and only one conversation
- All agreements to be by consensus
- A consensus reached cannot be changed by disagreement of someone absent at the meeting in which consensus was reached
- There is no ownership of ideas
- Full participation by all members
- Process concerns should be raised when they occur
- Probing the link between interest and option is desirable
- At the end of each session, check on the need to "sum up before we standup"